STATE OF NEW JERSEY v. STEVEN MICHAEL MARKS.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH ADAMS.

December 6, 1988.

Petition for certification denied.   (See 227 *N.J.Super.* 51)

STATE OF NEW JERSEY v. LEROY WORKMAN.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO HERNANDEZ.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS REYES.

December 6, 1988.

Petition for certification denied.